UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*Amara Cheri* [handwritten]

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR-338 ( )

Defendant ___*Amara Cheri*___ hereby voluntarily consents to participate in the following proceeding via [✓] videoconferencing or [✓] teleconferencing:

___✓___ Initial Appearance Before a Judicial Officer

___✓___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____ Bail/Detention Hearing

___✓___ Conference Before a Judicial Officer

SEE ANNEXED SHEET
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature
4/3/2020

Guy Oksenhendler
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/3/2020
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge