**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

April 13, 2020

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Amara Cherif*
              19 cr 338 (GHW)
              Consent Request to Adjourn May 4, 2020 Conference Date

Dear Judge Woods,

      Please accept my sincere apologies regarding the Court's Order of April 10, 2020. As many of my colleagues and the Court are busy attending to clients that are in need of immediate attention, I somehow missed Mr. Schaeffer's emails of April 7 and 8. I make no excuses and apologize. Counsel reached out to Mr. Schaeffer over the weekend and we had a telephone conference today regarding the issues raised in the Court's April 10, 2010 Order.

      With regard to the appearance of Mr. Cherif, prior to his arraignment, counsel spoke with my client for over an hour, and specifically discussed with him the current public health emergency here in the United States. Accordingly, through an interpreter, I explained to him his rights and reviewed with him Waivers of his right to appear at future court conferences. I refer Your Honor to Dkt. Entries 37 and 38 on the Court docket, attached as an exhibit here, as proof of Mr. Cherif's Waiver of his right to appear and His Consent to Proceed by Video or Teleconference. So as to the May 4, 2020 currently scheduled Court conference, whether by video or telephone, Mr. Cherif has authorized counsel to Waive his appearance. That being said, in light of my telephone conference with Mr. Schaeffer this morning, it is respectfully requested that Your Honor adjourn on consent the May 4, 2020 conference before the Court until June 30, 2020 or sometime thereafter convenient to the Court.

      Mr. Schaeffer has advised counsel that the discovery in this case is approximately one terabyte of information, consisting of video and audio information, some of which counsel

believes will have to be translated into English.  Mr. Schaeffer also advised counsel that it may take as little as two weeks if not more for the discovery to be provided to counsel in light of staffing issues at the SDNY US Attorney's Office with regards to IT support staff.  We agreed to work together to get the discovery in my hands as soon as possible.

Accordingly, it is requested that Your Honor not yet set a motion schedule in this case.  If Your Honor grants this request to adjourn the May 4, 2020 conference, the parties believe that discovery should be complete by the requested new conference date of June 30, 2020, and counsel will have had an opportunity to begin his discovery review.  Counsel will also be able to advise the Court on the June 30, 2020 date of any issues regarding the discovery and be in a position to suggest to the Court a realistic motion schedule in light of the described voluminous discovery.

Please note that Counsel requests the Court waive Speed trial time between now and May 4, 2020, and if this consent request is granted, until June 30, 2020 or for any date the Court schedules for the next Court conference.

Again, I apologized to the Court.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler, Esq.

Application granted.  The conference scheduled for May 4, 2020 is adjourned to June 30, 2020 at 3:30 p.m.  The Court anticipates that counsel will be prepared to discuss any anticipated motions by the date of that hearing.
SO ORDERED
April 18, 2020                   _____
                                            GREGORY H. WOODS
                                        United States District Judge