```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/20
```

# MEMORANDUM ENDORSED

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

June 24, 2020

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Amara Cherif*
                19 cr 338 (GHW)
                Consent Request to Change Time of June 30, 2020 Conference

Dear Judge Woods,

      Reference is made to the conference in the above-entitled case currently scheduled for June 30, 2020 at 11 am. It is respectfully requested, if convenient for the Court, if the conference can be held at 1 pm. Counsel did not realize that Judge Vyskocil had scheduled a conference in United States v. Marino, a twenty plus defendant case, at the same time. Counsel has spoken with the parties and the government and co-counsel consent to this request.

      Should this request be inconvenient for Your Honor, counsel will request permission from Judge Vyskocil for a colleague to appear on my behalf.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/ *Guy Oksenhendler*

                                      Guy Oksenhendler, Esq.

Application granted in part and denied in part. First, the conference is adjourned. The conference will take place on July 1, 2020 at 10:30 a.m. The conference will be conducted by telephone; video conference capability is not available for this conference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for dial in information for the conference. The parties are specifically directed to comply with Rule 2(C) of those rules. Unfortunately, the Court understands that because Mr. Cherif is not incarcerated in one of the local federal jails, he cannot be produced to participate in the conference by telephone at this time. The Court will discuss that issue during the conference on July 1, 2020.

SO ORDERED
June 24, 2020
          _____
          GREGORY H. WOODS
          United States District Judge