March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Amara Cherif ,
                  Defendant(s).
-----------------------------------------------------------------X

<u>CONSENT TO PROCEED BY
VIDEOCONFERENCE</u> / TELECONFERENCE

19 -CR- 338 (GHW)(__)

Defendant __Amara Cherif__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature]_ for Mr. Cherif with consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Amara Cherif**
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

**Guy Oksenhendler**
Print Defense Counsel's Name

teleconference or
This proceeding was conducted by reliable videoconferencing technology.

January 11, 2021
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge