UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:     19-cr-338 (GHW)
:
-v -                                                :     ORDER
:
:
MOAZU KROMAH, *et al.*,                             :
:
Defendants.    :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, SAGAR K. RAVI and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of defendants MOAZU KROMAH and AMARA CHERIF, by and through their attorneys, the Court hereby finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, because it will afford the defendants and their counsel additional time to review discovery and permit the parties to continue discussions regarding a pretrial resolution of this matter.

Accordingly, it is ORDERED that the time from March 15, 2021 through and including April 19, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

February 16, 2021

_____
HON. GREGORY H. WOODS
United States District Judge