Amara Cherif
Essex County Jail
354 Doremus Ave.
Newark, N.J 07105

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/2021

April 17, 2021

Hon. Gregory H. Woods
Clerk of Courts
500 Pearl Street
New York, NY 10007

Dear Hon. Gregory H. Woods,

I am contacting you to politely and affirmatively request a new attorney. My attorney and I have irreconcilable differences, the attorney client relationship is irreparably broken, he does not have my best interests at heart and in whole and in part he is ineffective.

I thank you in advance for your consideration.

Sincerely,

Amara Cherif



DV DANIELS NJ 070

20 APR 2021 PM 5 L

Hon. Gregory H. Woods
Clerk of Courts
500 Pearl Street
New York, NY 10007

Amara Cherif
354 Doremus Ave
Newark, NJ 07105



LEGAL MAIL