UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-v-                                                    1:19-cr-338-GHW-2

AMARA CHERIF,                                          ORDER

                              Defendant.
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received a letter from Defendant Amara Cherif requesting that the Court appoint him a new lawyer. Dkt. No. 93. The Court will hold a conference to discuss that letter on May 17, 2021 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 12, 2021
       New York, New York

                                                         GREGORY H. WOODS
                                                         United States District Judge