**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

May 14, 2021

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Amara Cherif*
             Ind. No. 19 cr 338 (GHW)
             <u>Request to Adjourn Conference</u>

Dear Judge Woods:

     Reference is made to the confence currently scheduled for May 17, 2021 in the above-entitled case. It is respectfully requested that the conference be adjourned after counsel has spoken with his client Amara Cherif and Mr. Cherif wishes to withdraw his request for new counsel and for counsel to continue his representation of Mr. Cherif.

     Counsel contacted Assistant United States Attorney Sagar K. Ravi prior to submitting this written request to adjourn the conference to which he takes no position.

     Accordingly, it is requested Your Honor adjourn the instant conference scheduled for Monday May 17, 2021 in the above-entitled case.

                                        Very truly yours,

                                        /s/ Guy Oksenhendler

                                        Guy Oksenhendler