Amara Cherif
Essex County Jail
354 Doremus Ave.
Newark, N.J 07105

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2021
```

June 26, 2021

Hon. Gregory H. Woods
Clerk of Courts
500 Pearl Street
New York, NY 10007

Dear Hon. Gregory H. Woods,

I am contacting you to request a new attorney. I have made a 2nd attempt to work with Mr. Guy Oksenhendler unsuccessfully.

Mr. Oksenhendler is providing guidelines exposure that is a defacto life sentence, when I recently received assistance from the Federal Legal Desk representative here at ECCF, who calculated a very different figure. I feel that he is taking advantage of my poor English skills and lack of knowledge of the law.

Additionally, I have asked him to assert my affirmative defense of Entrapment for trial and he has not even responded nor researched it on my behalf.

Mr. Oksenhendler and I have irreconcilable differences and the attorney client relationship is irreparably broken. It is clear that he does not have my best interests at heart.

Thank you in advance for your consideration.

Sincerely,

*[signature]*

Amara Cherif

