UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:     USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_7/8/2021___

UNITED STATES OF AMERICA,     :
:
:
:
-v-     :     1:19-cr-338-GHW-2
:
:
AMARA CHERIF,     :     ORDER
:
Defendant. :
---------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received a letter from Defendant Amara Cherif requesting that the Court

appoint him a new lawyer. Dkt. No. 102. The Court will hold a conference to discuss that letter on

July 28, 2021 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: July 8, 2021
     New York, New York              _____
                                      GREGORY H. WOODS
                                   United States District Judge