**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

**MEMORANDUM ENDORSED**                July 26, 2021

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2021
```

        Re:    *United States v. Amara Cherif*
                 Ind. No. 19 cr 338 (GHW)
                 <u>Request to Adjourn Conference</u>

Dear Judge Woods:

      Reference is made to the confence currently scheduled for July 28, 2021 in the above-entitled case. It is respectfully requested that the conference be adjourned two weeks. Counsel has spoken with the Government regarding this request and they take no position. Counsel made arrangement to meet with his client Amara Cherif at the Passaic County Jail tomorrow, July 27, 2021. I have gone to the the jail twice recently to meet with Mr. Cherif but was unable to see him.

      Accordingly, it is requested Your Honor adjourn the instant conference scheduled for July 28, 2021 in the above-entitled case.

                                                            Very truly yours,

                                                            /s/ Guy Oksenhendler

Application granted. The conference currently scheduled for July 28, 2021 is adjourned to August 13 2021 at 9:30 a.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 106.

SO ORDERED.

Dated: July 27, 2021
       New York, New York
                                                      _____
                                                      GREGORY H. WOODS
                                                    United States District Judge