Amara Cherif
Essex County Jail
354 Doremus Ave.
Newark, N.J 07105

June 26, 2021

Hon. Gregory H. Woods
Clerk of Courts
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021

Case #: 19 CRIM 338

Dear Hon. Gregory H. Woods,

I am contacting you to request an official court analysis of my sentence exposure. I have calculated it myself using 2Q2.1 and 2B1.1, but I asking the court to please assist me in this matter. If this is a "Pre-Plea PSIR", then I would like to request that.[1]

Please let me know if there is any other method, paperwork or format to request this. Thank you.

Sincerely,

Amara Cherif

---

[1] Federal Rule of Criminal Procedure 32(e)(1) provides that under appropriate circumstances, and with the written consent of the defendant, the Court may order the United States Probation Office to conduct a Presentence Investigation and prepare a PSR for a defendant **prior** to the entry of a plea of guilty or nolo contendere.

Amara Cherif
354 Doremus Avenue
Newark, NJ 07105

**URGENT LEGAL MAIL**

Hon. Gregory H. Woods
Clerk of Courts
500 Pearl Street
New York, NY 10007

