

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2022
```

# MEMORANDUM ENDORSED

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

April 11, 2022

**Sent via ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)*

Dear Judge Woods:

    I represent Amara Cherif in the above-captioned matter and pursuant to the Criminal Justice Act. This matter is scheduled for pre-trial motions on April 14, 2022, at 9a.m.

    I write to advise the Court that Mr. Cherif wishes to have a new attorney appointed to his case. Additionally, I regret to inform the Court that there's been a breakdown in communication and the attorney-client relationship has been irretrievably broken.

    Thank you for your time and consideration.

                                                       Respectfully submitted,

                                                       s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)

The Court will address Mr. Cherif's request to have new counsel appointed during the conference scheduled to take place on April 14, 2022 at 9:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 130.

SO ORDERED.

Dated: April 11, 2022
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge