```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :
 UNITED STATES OF AMERICA,           :
                                           :
                                           :
            -v-                            :                        1:19-cr-338-GHW-2
                                           :
 AMARA CHERIF,                          :                        ORDER
                                           :
                            Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A proceeding is scheduled in this matter on April 27, 2022 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: April 27, 2022
       New York, New York

                                                             GREGORY H. WOODS
                                                      United States District Judge