

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022
```

325 Broadway · Suite 505 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

August 16, 2022

*Sent via ECF*

**MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)*

Dear Judge Woods:

    I represent Amara Cherif in the above-captioned matter and pursuant to the Criminal Justice Act. This matter is scheduled for sentencing on August 25, 2022. We write to respectfully request an adjournment as we are still collecting letters in support from Africa in preparation of our sentencing submission. The government consents to this request.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:   All counsel (*via ECF*)

Application granted. The sentencing hearing scheduled for August 25, 2022 is adjourned to October 12, 2022 at 9:30 a.m. The defendant's sentencing submissions are due no later than September 28, 2022; the Government's sentencing submissions are due no later than October 5, 2022.

The Clerk of Court is directed to terminate th emotion pending at Dkt. No. 162.

SO ORDERED.

Dated: August 16, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge