UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-

    AMARA CHERIF,

                        Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2022

1:19-cr-0338-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received the letter from Amara Cherif that was docketed on September 8, 2022. Dkt. No. 180. Counsel for the defendant is directed to inform the Court whether there are issues for the Court to resolve by September 15, 2022.

SO ORDERED.

Dated: September 9, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge