

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

October 9, 2022

***Sent via ECF Under Seal and Electronic Mail***
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)*

Dear Judge Woods:

    I represent Amara Cherif in the above-captioned matter and pursuant to the Criminal Justice Act. This matter is scheduled for sentencing on October 12, 2022. I received a correspondence from Mr. Cherif that his 7 year old son was kidnapped in Africa as a direct result of his upcoming sentencing in this case. Mr. Cherif has further advised that the kidnappers said, "[they] will harm his son if he continues to assist the American." Although Mr. Cherif is not a cooperator in this case, Mr. Cherif is reluctant to proceed with sentencing as he fears for the safety of this family. I am in the process of obtaining additional information and advised the government who has alerted agents in the United States and abroad.

    We write to respectfully request an adjournment so that we may obtain further information and the safety of Mr. Cherif's family. The government consents to this request.

    Thank you for your time and consideration.

    Respectfully submitted,

    s/ Jacqueline E. Cistaro, Esq.

cc:    AUSA Jarrod Schaeffer
       AUSA Sagar Ravi