

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

**MEMORANDUM ENDORSED**          October 26, 2022

*Sent via ECF*

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2022
```

*Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)*

Dear Judge Woods:

    I represent Amara Cherif in the above-captioned matter and pursuant to the Criminal Justice Act.  If convenient for the Court, we write to respectfully request a sentencing hearing during the week of December 13-16, or 19.  The government consents to this request.

    Thank you for your time and consideration.

                                                                 Respectfully submitted,

                                                                 s/ Jacqueline E. Cistaro, Esq.

cc:    AUSA Jarrod Schaeffer
         AUSA Sagar Ravi

Application granted.  The Court will hold a sentencing hearing on December 13, 2022 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 208.

SO ORDERED.

Dated: October 28, 2022
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge